**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **SHARLENE BANCS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**Case No. 0:22-cv-61600**<br><br>**Judge: Raag Singhal**<br><br>**Mag. Judge: Alicia O. Valle** |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 11 and Local Rule 11.1(d)(3)(a), attorney Benjamin H. Yormak and Yormak Employment & Disability Law, counsel for Plaintiff, SHARLENE BANCS, requests that this Honorable Court enter an Order allowing Benjamin H. Yormak, Esq. and Yormak Employment & Disability Law to withdraw as counsel for SHARLENE BANCS, and to relieve him and his law firm from any and all further responsibility with regard to SHARLENE BANCS.

Counsel provided a notice of withdrawal to SHARLENE BANCS on February 21, 2023. The basis for this Motion is a breakdown in the attorney-client relationship. No motions are pending, mediation is already scheduled for July 25, 2023, and discovery does not close until August 24, 2023. As such, no prejudice

will result to SHARLENE BANCS, the Defendant or to the Court by undersigned counsel's withdrawal. Undersigned counsel conferred with counsel for the Defendant, who advised the Defendant does not object to the relief sought herein. Ms. Bancs' last known address and contact information is as follows:

SHARLENE BANCS
1321 Upland Drive #7582
Houston, Texas 77043
(305) 281-5112
duttyeh@hotmail.com

**CONCLUSION**

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting this Motion to Withdraw, and all other relief the Court deems just and proper.

Respectfully submitted,

Dated: February 22, 2023

**s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Relators
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I emailed/mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

SHARLENE BANCS
1321 Upland Drive #7582
Houston, Texas 77043
(305) 281-5112
duttyeh@hotmail.com

**s/ Benjamin H. Yormak**
Benjamin H. Yormak