UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61600-CIV-SINGHAL/VALLE

SHARLENE BANCS,

    Plaintiff,

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon a Paperless Report and Recommendation (DE [26]) filed on March 31, 2023, recommending that the Court dismiss the instant action for a failure to prosecute. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Paperless Report and Recommendation (DE [26]) is **AFFIRMED** and **ADOPTED**.

2. The Clerk of Court is directed to **CLOSE** this case. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of April 2023.

                                                                RAAG SINGHAL
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF